# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JORGE ZULETA,**

        **Plaintiff,**

-vs-                                                **Case No. 6:08-cv-1950-Orl-31DAB**

**PROFESSIONAL TEAM PAINT, INC.,**

        **Defendant.**
_____/

## ORDER

On April 15, 2009, Magistrate Judge Baker entered a Report and Recommendation (Doc. 36), recommending that Joint Motion to Approve Settlement (Doc. 34) be DENIED. Plaintiff filed timely objections to the Report (Doc. 37).

**ORDERED** that:

1. The objection is OVERRULED.

2. The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2. The Joint Motion to Approve Settlement (Doc. 34) is DENIED. Plaintiff's Answers to Interrogatories are STRICKEN and sanctions are imposed against Plaintiff's counsel in the amount of $500.00, payable to the Clerk of the Court within 10 days.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 3, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE