# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JORGE ZULETA,**

                **Plaintiff,**

**-vs-**                                                    Case No. 6:08-cv-1950-Orl-31DAB

**PROFESSIONAL TEAM PAINT, INC.,**

                **Defendant.**
_____/

## ORDER

On July 21, 2009, Magistrate Judge Baker issued a Report and Recommendation (Doc. 42), recommending that the Renewed Joint Motion for Court Approval of Settlement Agreement (Doc. 44) be denied. No objection has been filed. Accordingly, it is

**ORDERED** that the Report and Recommendation is CONFIRMED and ADOPTED. The Motion is DENIED.

It is further **ORDERED** that this case is set for trial on the December 2009 trial docket. A separate Case Management and Scheduling Order is being filed this date.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 11, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE