# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JORGE ZULETA,

        Plaintiff,

-vs-                                        **Case No. 6:08-cv-1950-Orl-31DAB**

PROFESSIONAL TEAM PAINT, INC.,

        Defendant.
_____/

## ORDER AND NOTICE OF HEARING

On November 18, 2009, Magistrate Judge Baker entered a Report and Recommendation (Doc. 51), recommending that Motion for Court Approval of Settlement and to Dismiss with Prejudice (Doc. 48) be DENIED. Plaintiff filed timely objections to the Report (Doc. 55). Upon *de novo* review of the above, the Court overrules the objections and concurs with the recommendation of the Magistrate Judge. It is, therefore

**ORDERED** that:

1.      The Report and Recommendation of the Magistrate Judge is Adopted and Confirmed;

2.      The Motion for Court Approval of Settlement and to Dismiss with Prejudice is DENIED.

3.      This case will commence with the trial scheduled for **December 21, 2009,** and the joint pretrial statement is due December 15, 2009.

4.     The Final Pretrial Conference is scheduled for **FRIDAY**, **DECEMBER 18, 2009**, at **1:30 P.M.**, before the **Honorable Gregory A. Presnell**, United States District Judge, in **Courtroom #5A**, Fifth Floor, George C. Young United States Courthouse and Federal Building, 401 W. Central Boulevard, Orlando, Florida.  **Trial counsel must appear** *in person* **at the Final Pretrial Conference.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 10, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE